UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA SLADE, *individually and as the representative of a class of similarly situated persons*,

                             Plaintiff,

                    v.

TOPSTAR TECHNOLOGY, LLC,

                            Defendant.

No. 22-cv-10914 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On January 3, 2023, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. The summons and complaint were served on January 6, 2023. To date, no letter or responsive pleading has been filed.

The parties shall submit their joint letter no later than April 3, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      March 20, 2023
              New York, New York

                                                  _____
                                                  Ronnie Abrams
                                                  United States District Judge